IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ELMER ALEXANDER MARTINEZ BANOS,** §<br>　Petitioner, §<br>§<br>v. §<br>§<br>**KRISTI NOEM,** *Secretary, U.S.* §<br>*Department of Homeland Security, et al.,*<br>　Respondents. | EP-26-CV-00039-DB |

## ORDER

On this day, the Court considered the above-captioned case. On January 12, 2026, Petitioner Elmer Alexander Martinez Banos filed a "Petition for Writ of Habeas Corpus," ECF No. 1. On January 20, 2026, the Court issued its "Order," ECF No. 5, wherein following orders issued:

> Accordingly, after careful consideration of the undisputed facts in this case as well as the legal conclusions made in Vieira and this Court's subsequent immigration habeas cases brought by petitioners subject to mandatory detention under the Respondents' new interpretation of 8 U.S.C. § 1225(b), IT IS HEREBY ORDERED, Petitioner Elmer Alexander Martinez Banos "Petition for Writ of Habeas Corpus," ECF No. 1, is GRANTED IN PART on procedural due process grounds. IT IS FURTHER ORDERED Respondents SHALL PROVIDE Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings no later than January 22, 2026. IT IS FURTHER ORDERED that, if applicable, Respondents SHALL FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order no later than January 21, 2026. IT IS FINALLY ORDERED that, if applicable, Respondents SHALL FILE an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision no later than January 25, 2026.

ECF No. 4 at 3. On January 23, 2026, Respondents filed "Federal Respondents' Advisory," ECF No. 6, stating that the immigration judge granted Petitioner a bond for $7,500. *Id.* at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than January 28, 2026.**

**SIGNED** this **23rd** day of **January 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**